UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

| | |
|---|---|
| ANTHONY MILLER,<br><br>                                    Plaintiff,<br><br>- against -<br><br>THE CITY OF ROCHESTER, MARYROSE M. WENGERT AND EARL G. WENGERT, AS CO-EXECUTORS OF THE ESTATE OF NOLAN WENGERT (deceased), DARYL HOGG, JAYSON PRINZI, DANIEL WATSON, and "JOHN DOE" RPD OFFICERS 1-10,<br><br>                                    Defendants. | 22-cv-6069 (FPG)(MWP)<br><br>**ATTORNEY DECLARATION IN OPPOSITION TO DEFENDANTS' MOTION FOR SUMMARY JUDGMENT** |

ELLIOT D. SHIELDS, hereby declares under penalty of perjury and pursuant to 28 U.S.C. § 1746 that the following is true and correct:

A.  I am the attorney for the Plaintiff, Anthony Miller ("Mr. Miller"), in this case and as such I am fully familiar with the facts and circumstances of the case. I submit this declaration in opposition to Defendants' motion for partial summary judgment.

B.  A true and correct copy of the following documents are attached as exhibits are attached hereto:

Exhibit 1 – Excerpts of Transcript of Court of Claims Trial (August 1-2, 2024)

Exhibit 2 - Brooklyn Cromes Rochester Police Department Job Card

Exhibit 3 – Excerpts of Deposition Transcript of Officer Daryl Hogg

Exhibit 4 - T-Mobile Phone Records for Aaron Hinds

Exhibit 5 - AT&T Cell Tower Records for Aaron Hinds

Exhibit 6 - Decision and Order of Judge Odorisi in Miller v. State of New York

Exhibit 7 - Excerpts from Criminal Trial Transcript

Exhibit 8 - Incident Report of Officer Jason Prinzi

Exhibit 9 - Expert Report of Dr. Charles Goodsell

Exhibit 10 - Recording of 911 Call

Exhibit 11 - Anthony Miller Rochester Police Department Job Card

Exhibit 12 - Police Radio Communications Recordings

Exhibit 13 - Excerpts of Deposition Transcript of Officer Jason Prinzi

Exhibit 14 - Excerpts of Deposition Transcript of Officer Daniel Watson

Exhibit 15 - People v. Miller, 191 A.D.3d 111 (4th Dept. 2020)

Exhibit 16 - Police Canine Tracking Sheet

Exhibit 17 - Incident Report of Investigator Nolan Wengert

Exhibit 18 - Excerpts of Probable Cause Hearing Transcript

Exhibit 19 - Recording of September 26, 2013 Jail Call

Exhibit 20 - Excerpts of Section 50-h Hearing Transcript

Exhibit 21 - Excerpts of Deposition Transcript of Aaron Hinds

Exhibit 22 - Find My iPhone Investigation Report by Investigator Wengert

Exhibit 23 - Grand Jury Proceeding Transcript

Exhibit 24 - January 6, 2014 Hearing Transcript Denying Late Notice of Alibi

Exhibit 25 - September 9, 2014 Trial Rescheduling Transcript

Exhibit 26 - Google Maps Route Documentation

Exhibit 27 - Affirmation of Reynaldo DeGuzman

Exhibit 28 - Demonstrative Video of DeGuzman Running Route

Exhibit 29 – Excerpts of Deposition of Anthony Miller

Exhibit 30 – 2010 Police Report re stolen iPhone

Exhibit 31 – 2010 Field Information Form ("FIF") regarding stop of Anthony Miller, Aaron Hinds and three of their friends for "loitering" on the sidewalk.

Exhibit 32 – Prisoner Data Report regarding May 2, 2013 arrest of Anthony Miller by Defendant Jason Prinzi for Disorderly Conduct for using "obscene language."

Exhibit 33 – Consent to Search form signed by Aaron Hinds

Dated: New York, New York  
       January 9, 2025

Respectfully Submitted,  
ROTH & ROTH LLP

By: _____~/s/~_____  
Elliot Dolby Shields, Esq.  
*Counsel for Plaintiff*  
192 Lexington Ave, Suite 802  
New York, New York 10016  
Ph: (212) 425-1020

To:    All parties (via ECF)