```
CADCH -- Police                              JURISDICTION : ALL                    07/14/20
PAGE 0001
SEARCH PARAMETERS


       INCIDENT NUMBER : #CTYP132681959

**** INCIDENT HISTORY -- DETAILED ****

INCIDENT NUMBER : CTYP132681959

CASE NUMBER(S) : $CTYP13278630

CROSS REFERENCE(S) :   #CTYP132682305

RECEIVED:   09/25/13 15:04:18 BY    TC08   /******

ENTERED:    09/25/13 15:05:29 BY    TC08   /7300

DISPATCHED: 09/25/13 15:05:56 BY    PD13   /7598

ENROUTE:    09/25/13 16:41:47

ONSCENE:    09/25/13 15:46:24

CLOSED:     09/25/13 17:10:45

INITIAL TYPE:  FGHTA       FINAL TYPE: FGHTA   (IN PROGRESS - (2 UNITS))

INITIAL PRIORITY: 1        FINAL PRIORITY: 1

INITIAL ALARM:             FINAL ALARM:

DISPOSITION: 49            SOURCE: C           PRIMARY UNIT: 5323

Police BLK:  096474        Fire BLK:  000611   EMS BLK:  048002

GROUP: RP2                 BEAT: RP53          WRECKER ZONE: 1200  MAP PAGE: 1200

LOCATION: BRADBURN ST/MILLBANK ST ,ROC

NAME: ELLEN CLARKSON       ADDRESS:  1400 S PLYMOUTH AV ,ROC   PHONE1: 259.2215   PHONE2: 5852592215


/1505 (7300  ) ENTRY       10 M/B FIGHTING IN THE STREET

/1505 (7598  ) MISC        ,BC

/1505            DISP   5313    #812140 PRINZI, JASON

/1505            ASNCAS 5313    $CTYP13278630

                                        Page 1
```

MILLER 000974

```
/1505            ASST     5323    #812036 HOGG, DARYL

/1506 (7300  ) SUPP               TXT: 1 M/B LEFT IN A GRAY VEH 4 DOOR LS TWRDS BROOKS AND THE OTHERS HAVE DISPE RSED

/1506            REBID             LAT: +043.134180 LONG: -077.640123 CONF: 095

/1506 (7598  ) MISC               ,BC

/1510 (7300  ) SUPP               TXT: ANOTHER CALL SAID MALES HAD GUNS IN THE CAR /LS AT 38 BRADBURN TWRDS MAXWELL THEY HAD 2
HANDGUNS
/1510            SUPP              TXT: 1 WAS WEARING CAMO AND ANOTHER HAD A BLACK HOODY

/1511            SUPP              TXT: 1 HAS A NAME OF SHELDON

/1512            SUPP              TXT: SEE COMPL AT 38 BRADBURN IT WAS HER SON THEY WERE FIGHTING

/1512 (7598  ) MISC               ,BC

/1546 (812036) ONSCNE 5323

/1548 (812140) ONSCNE 5313

/1550 (8099  ) PREMPT 5313

/1550            PREMPT 5323

/1641 (8074  ) DISPER 5323        [STRONG]    #812036 HOGG, DARYL

/1641            CROSS             #CTYP132682305

/1641            DUP               #CTYP132682305   ,RELATED PER 5323

/1641            DUP               NAM: LORETTA CROMES  ADR: 400 ELMWOOD AV ,ROC  PHO: UNK

/1654 (812036) ONSCNE 5323

/1702 (8099  ) CONTCT 5323        Contact Timer Canceled

/1709 (812036) MISC     5323      ,CMPLNT STATED HE ENGAGED IN A FIGHT & WHEN RO ASKED QUESTIONS ABOUT THE INCIDENT, CMPLNT
REFUSED TO PR
                                   OVIDE ANY INFO & BECAME UNCOOPERATIVE

/1710            PRIU    5323

/1710            CLEAR   5323      DSP: 49  80

CADCH -- Police                              JURISDICTION : ALL                                          07/14/20
PAGE 0002
/1710            CLOSE   5323
```

MILLER 000975

```
CADCH -- Police                         JURISDICTION : ALL                              07/14/20
PAGE 0001
SEARCH PARAMETERS


     INCIDENT NUMBER : #CTYP132682305

**** INCIDENT HISTORY -- DETAILED ****

INCIDENT NUMBER : CTYP132682305

CASE NUMBER(S) : $CTYP13278721

CROSS REFERENCE(S) :  #CTYP132681959

RECEIVED:   09/25/13 16:32:20 BY    TC10   /******

ENTERED:    09/25/13 16:34:53 BY    TC10   /7670

DISPATCHED: 09/25/13 16:40:33 BY    PD09   /8074

ENROUTE:    09/25/13 16:40:33

CLOSED:     09/25/13 16:41:55

INITIAL TYPE: ASLTB        FINAL TYPE: ASLTB   (ASSAULT REPORT - (1 UNIT))

INITIAL PRIORITY: 2        FINAL PRIORITY: 2

INITIAL ALARM:             FINAL ALARM:

DISPOSITION: DUP           SOURCE: 1                  PRIMARY UNIT: 5323

Police BLK:       Fire BLK:         EMS BLK:

GROUP: RP2                BEAT:                WRECKER ZONE:         MAP PAGE:

LOCATION: 601 ELMWOOD AV ,ROC                   --

NAME: LORETTA CROMES         ADDRESS:  400 ELMWOOD AV ,ROC    PHONE1: UNK      PHONE2: 5857564800


/1634 (7670 ) ENTRY       RE #1959- COMPS SON WAS ASSAULTED AND HIT IN THE HEAD WITH A GUN

/1635 (8099 ) HOLD

/1640 (8074 ) DISPER 5323    #812036 HOGG, DARYL

/1640         ASNCAS 5323   $CTYP13278721

/1641         PREMPT 5323


                                        Page 1
```

MILLER 000976

```
/1641      CROSS         #CTYP132681959
/1641      DUP           #CTYP132681959  ,RELATED PER 5323
/1641      CANCEL
/1641      CLOSE  5323
```