T··Mobile·

Customer Service Number: 1-800-937-8997

Itemized Details For: (585) 485-6816
Account Number: 762500415

Oct 07, 2013

Page 27 of 57

| Date | Destination | Time | Number | Min | Type |
|---|---|---|---|---|---|
| 9/22/13 | Rochester, NY | 10:14 PM | 585-775-7723 | 1 | S |
| 9/22/13 | Rochester, NY | 10:45 PM | 585-775-7723 | 5 | S |
| 9/22/13 | Rochester, NY | 2:25 AM | 585-309-1471 | 1 | S |
| 9/23/13 | Rochester, NY | 2:23 AM | 585-057-6020 (T) | 5 | S |
| 9/23/13 | Incoming | 2:40 PM | 585-950-9452 | 1 | S |
| 9/23/13 | Incoming | 1:57 PM | 585-966-9452 | 3 | S |
| 9/23/13 | Incoming | 5:41 PM | 585-758-9452 | 2 | S |
| 9/23/13 | Rochester, NY | 5:44 PM | 565-630-9452 | 2 | S |
| 9/23/13 | Incoming | 6:31 PM | 585-966-9452 | 3 | S |
| 9/23/13 | Rochester, NY | 6:52 PM | 585-956-9452 | 2 | S |
| 9/23/13 | Rochester, NY | 7:19 PM | 585-957-7700 | 1 | S |
| 9/23/13 | Rochester, NY | 9:48 PM | 585-309-1471 (T) | 1 | S |
| 9/24/13 | Incoming | 2:14 AM | 585-309-1471 | 11 | S |
| 9/24/13 | Incoming | 2:24 AM | 585-309-1471 | 67 | S |
| 9/24/13 | Rochester, NY | 5:31 PM | 585-764-8578 | 2 | S |
| 9/24/13 | Rochester, NY | 5:41 PM | 585-612-6558 | 1 | S |
| 9/24/13 | Rochester, NY | 10:25 PM | 585-775-7723 | 1 | S |
| 9/24/13 | Incoming | 10:20 PM | 585-309-1471 (T) | 43 | S |
| 9/24/13 | Rochester, NY | 11:11 PM | 585-309-1471 (T) | 4 | S |
| 9/24/13 | Bklyn Nyc, NY | 5:52 PM | 347-512-0945 | 8 | S |
| 9/24/13 | Rochester, NY | 6:01 PM | 585-966-9452 | 1 | S |
| 9/24/13 | Incoming | 6:14 PM | 585-784-8256 | 38 | S |
| 9/24/13 | Incoming | 6:21 PM | 585-965-9452 | 4 | S |
| 9/24/13 | Rochester, NY | 8:02 PM | 585-612-6558 | 1 | S |
| 9/24/13 | Incoming | 7:04 PM | 585-950-9452 | 2 | S |
| 9/24/13 | Incoming | 8:20 PM | 585-309-1471 (T) | 1 | S |
| 9/24/13 | Rochester, NY | 8:25 PM | 585-965-8114 | - | S |
| 9/24/13 | Incoming | 10:34 PM | 585-966-9452 | 3 | S |
| 9/24/13 | Incoming | 8:41 PM | 585-503-0764 (T) | 4 | S |
| 9/24/13 | Erochester, NY | 8:37 AM | 585-309-1471 | 2 | S |
| **9/25/13** | **Incoming** | **7:23 PM** | **585-926-0152** | **4** | **S** |
| **9/25/13** | **Incoming** | **7:37 PM** | **585-503-0764 (T)** | **2** | **S** |
| **9/25/13** | **Rochester, NY** | **7:30 PM** | **585-414-2023** | **-** | **S** |
| **9/25/13** | **Rochester, NY** | **7:41 PM** | **585-317-9147** | **-** | **S** |
| **9/25/13** | **Rochester, NY** | **7:42 PM** | **585-414-2023** | **-** | **S** |
| **9/25/13** | **Incoming** | **10:22 PM** | **585-309-1471 (T)** | **1** | **S** |

Call Type: (A) Call Waiting (B) Call Forward (C) Conference Call (E) Data/Fax (F) Mobile/Mobile (G) Voicemail (H) Free Calls (I) Int Disc Call
(J) Int Disc Call to Mobile (K) WPS Call (L) Amylaska (T) T-Mobile Number (U) Hotspot Call (V) m/Faves Call (Y) myFaves Call (Z) T-Mobile @Home Call

---

T··Mobile·

Customer Service Number: 1-800-937-8997

Itemized Details For: (585) 485-6816
Account Number: 762500415

Oct 07, 2013

Page 26 of 57

| Date | Destination | Time | Number | Min | Type |
|---|---|---|---|---|---|
| 9/25/13 | Incoming | 10:50 PM | 585-764-8256 | 15 | S |
| 9/26/13 | Incoming | 12:44 AM | 713-574-1101 | 18 | S |
| 9/26/13 | Rochester, NY | 1:00 AM | 585-414-2023 | - | S |
| 9/26/13 | Rochester, NY | 1:01 AM | 585-784-8256 | - | S |
| 9/26/13 | Perry, NY | 1:02 AM | 585-784-8114 | - | S |
| 9/26/13 | Incoming | 1:05 AM | 713-574-1101 | 4 | S |
| 9/26/13 | Incoming | 1:00 AM | 585-958-8114 (T) | 9 | S |
| 9/26/13 | Incoming | 1:11 AM | 713-574-1101 (C) | 4 | S |
| 9/26/13 | Rochester, NY | 1:34 AM | 585-414-2023 | 24 | S |
| 9/26/13 | Erochester, NY | 2:02 AM | 585-309-1471 (T) | 83 | S |
| 9/26/13 | Incoming | 8:46 AM | 585-314-2410 (T) | 8 | S |
| 9/26/13 | Incoming | 11:29 AM | 585-764-8256 | 8 | S |
| 9/26/13 | Incoming | 12:00 PM | 585-414-2023 | 1 | S |
| 9/26/13 | Incoming | 3:01 PM | 585-969-9452 | 3 | S |
| 9/26/13 | Incoming | 3:41 PM | 347-512-0946 | 2 | S |
| 9/25/13 | Vm Retrieval | 3:25 PM | 585-966-9452 | 2 | (Q) |
| 9/25/13 | Bklyn Nyc, NY | 3:27 PM | 12() | | |
| 9/26/13 | Bklyn Nyc, NY | 3:33 PM | 347-512-0945 | | S |
| 9/26/13 | Rochester, NY | 3:53 PM | 585-612-0945 | 2 | S |
| 9/26/13 | Rochester, NY | 3:37 PM | 585-966-9452 | 7 | S |
| 9/26/13 | Rochester, NY | 4:25 PM | 585-309-1471 | 1 | S |
| 9/26/13 | Incoming | 5:07 PM | 585-414-2023 | 3 | S |
| 9/26/13 | Incoming | 8:03 PM | 585-314-2410 (T) | - | S |
| 9/26/13 | Incoming | 6:03 PM | 347-512-0946 | 43 | S |
| 9/26/13 | Incoming | 8:34 PM | 585-270-3372 (T) | 2 | S |
| 9/26/13 | Incoming | 7:51 PM | 585-309-1471 (T) | 4 | S |
| 9/26/13 | Erochester, NY | 9:33 PM | 585-966-9452 | 1 | S |
| 9/26/13 | Rochester, NY | 9:43 PM | 585-309-1471 (T) | 2 | S |
| 9/26/13 | Incoming | 9:47 PM | 585-512-6566 | 5 | S |
| 9/26/13 | Rochester, NY | 10:03 PM | 585-512-6566 | 5 | S |
| 9/26/13 | Rochester, NY | 10:05 PM | 585-314-2410 (T) | | S |
| 9/26/13 | Erochester, NY | 10:07 PM | 585-309-1471 (T) | | S |
| 9/26/13 | Incoming | 10:17 PM | 585-414-2023 | | S |
| 9/26/13 | Rochester, NY | 10:53 PM | 585-314-2410 (T) | | S |
| 9/26/13 | Incoming | 11:28 PM | 585-784-8256 | 3 | S |
| 9/26/13 | Rochester, NY | 11:34 PM | 585-414-2023 | 1 | S |

Call Type: (A) Call Waiting (B) Call Forward (C) Conference Call (E) Data/Fax (F) Mobile/Mobile (G) Voicemail (H) Free Calls (I) Int Disc Call
(J) Int Disc Call to Mobile (K) WPS Call (L) Amylaska (T) T-Mobile Number (U) Hotspot Call (V) m/Faves Call (Y) myFaves Call (Z) T-Mobile @Home Call

Page 25 of 57

EXHIBIT 1 1-13-22
PENGAD 800-631-6989