

```
3012675                              WIRELINE
07/12/2020        AT&T has queried for records from 09/24/2013 12:00:00am to 09/26/2013 11:59:59pm
                  AT&T has queried for records using Eastern Time Zone. AT&T's records are stored and provided in
                  UTC.
```

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| Run Date: | 07/12/2020 | | | | | | | |
| Run Time: | 20:56:30 | | | | | | | |
| Voice Usage For: | (585)465-6640 | | | | | | | |
| Item | ConnDateTime (UTC) | Originating Number | Sec. Orig. | Terminating Number | Dialed Number | Elapsed Time | CIC | Call Code | Orig. Acc. |
| 1 | 09/24/13 21:53:04 | 5854656640 | | 3475120945 | | 7:19 | 6633 | 306 | 163 |
| 2 | 09/26/13 19:33:24 | 5854656640 | | 3475120945 | | 0:03 | 6633 | 306 | 163 |
| 3 | 09/26/13 19:34:06 | 5854656640 | | 3475120945 | | 0:02 | 6633 | 306 | 163 |

AT&T Proprietary

The information contained here is for use by authorized persons only and is not for general distribution.

Page 1

MILLER 000970



3012675
07/12/2020

AT&T has queried for records from 09/24/2013 12:00:00am to 09/26/2013 11:59:59pm
AT&T has queried for records using Eastern Time Zone. AT&T's records are stored and provided in UTC.

Run Date:         07/12/2020
Run Time:         20:56:30
Voice Usage For:  (585)465-6640

| Item | ConnDateTime (UTC) | Originating Number | Sec. Orig. | Terminating Number | Dialed Number | Elapsed Time | CIC | Call Code | Orig. Acc. |
|---|---|---|---|---|---|---|---|---|---|
| 1 | 09/24/13 21:53:04 | 5854656640 | | 3475120945 | | 7:19 | 6633 | 306 | 163 |
| 2 | 09/26/13 19:33:24 | 5854656640 | | 3475120945 | | 0:03 | 6633 | 306 | 163 |
| 3 | 09/26/13 19:34:06 | 5854656640 | | 3475120945 | | 0:02 | 6633 | 306 | 163 |

AT&T Proprietary

The information contained here is for use by authorized persons only and is not for general distribution.

MILLER 000971

```
3012675                                    MOBILITY
07/12/2020
           AT&T has queried for records from 09/24/2013 12:00:00am to 09/26/2013 11:59:59pm
           AT&T has queried for records using Eastern Time Zone. AT&T's records are stored and provided in
           UTC.
```


```
Run Date:        07/12/2020
Run Time:        20:56:22
Voice Usage For: (585)465-6640
```

| Item | Conn. Date | Conn. Time (UTC) | Seizure Time | ET | Originating Number | Terminating Number | IMEI | IMSI | CT | Feature |
|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 09/24/13 | 21:31:39 | 0:21 | 0:04 | 15854656640 13159359999(F) | 15857646578 | | | MT | [INIOR:CFNA:VM] |
| 2 | 09/25/13 | 22:14:29 | 0:11 | 6:02 | 15857645256 | 15854656640 | | | MO | [NIOR] |
| 3 | 09/25/13 | 22:28:23 | 0:34 | 0:05 | 15859698114 4656640(D) | 15854656640 | | | MO | [NIOR] |
| 4 | 09/25/13 | 22:36:13 | 0:15 | 0:22 | 15854656640 | 15859698114 | | | MT | [NIOP] |
| 5 | 09/25/13 | 22:36:13 | 0:15 | 0:22 | 15854656640 01115859698114(D) | 15859698114 | | | SO | [] |
| 6 | 09/25/13 | 22:36:14 | 0:20 | 0:22 | 15854656640 | 15859698114 | | | ST | [] |
| 7 | 09/26/13 | 02:26:12 | 0:25 | 0:00 | 15854656640 | 15857645256 | | | MT | [NIOP] |
| 8 | 09/26/13 | 02:44:23 | 0:39 | 0:00 | 15854656640 | 15857645256 | | | MT | [NIOP] |
| 9 | 09/26/13 | 02:50:35 | 0:08 | 14:23 | 15857645256 | 15854656640 | | | MO | [NIOR] |
| 10 | 09/26/13 | 05:01:24 | 0:19 | 0:30 | 15854656640 | 15857645256 | | | MT | [NIOP:SUBCMH] |
| 11 | 09/26/13 | 05:02:56 | 0:22 | 0:03 | 15854656640 01115859698114(D) | 15859698114 | | | SO | [] |
| 12 | 09/26/13 | 05:02:57 | 0:23 | 0:03 | 15854656640 19083059252(F) | 15859698114 | | | MT | [NIOP:CFNA:VM] |
| 13 | 09/26/13 | 05:02:57 | 0:27 | 0:02 | 15854656640 | 15859698114 | | | ST | [] |
| 14 | 09/26/13 | 05:08:27 | 0:21 | 5:09 | 15859698114 | 15854656640 | | | MO | [NIOR] |
| 15 | 09/26/13 | 05:40:41 | 0:32 | 0:04 | 15857645256 | 15854656640 | | | MO | [NIOR] |
| 16 | 09/26/13 | 05:53:52 | 0:31 | 0:07 | 15857645256 | 15854656640 | | | MO | [NIOR] |
| 17 | 09/26/13 | 15:29:23 | 0:20 | 7:19 | 15857645256 | 15854656640 | | | MO | [NIOR] |
| 18 | 09/26/13 | 22:08:11 | 0:32 | 0:04 | 15852783372 | 15854656640 | | | MO | [NIOR] |
| 19 | 09/26/13 | 22:34:39 | 0:11 | 1:04 | 15852783372 | 15854656640 | | | MO | [NIOR] |
| 20 | 09/26/13 | 22:41:00 | 0:11 | 0:00 | 15852783372 | 15854656640 | | | MO | [NIOR] |
| 21 | 09/27/13 | 03:26:32 | 0:25 | 2:24 | 15857645256 | 15854656640 | | | MO | [NIOR] |
| 22 | 09/27/13 | 03:44:09 | 0:06 | 0:25 | 15854656640 | 15857757723 | | | MT | [NIOP] |

AT&T Proprietary

The information contained here is for use by authorized persons only and is not for general distribution.

Page 1

MILLER 000972



```
3012675                                  MOBILITY
07/12/2020
              AT&T has queried for records from 09/24/2013 12:00:00am to 09/26/2013 11:59:59pm
              AT&T has queried for records using Eastern Time Zone. AT&T's records are stored and provided in
              UTC.
```

Run Date:        07/12/2020
Run Time:        20:56:22
Voice Usage For: (585)465-6640

| Item | Conn. Date | Conn. Time (UTC) | Seizure Time | ET | Originating Number | Terminating Number | IMEI | IMSI | CT | Feature |
|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 09/24/13 | 21:31:39 | 0:21 | 0:04 | 15854656640 13159359999(F) | 15857646578 | | | MT | [INIOR:CFNA:VM] |
| 2 | 09/25/13 | 22:14:29 | 0:11 | 6:02 | 15857645256 | 15854656640 | | | MO | [NIOR] |
| 3 | 09/25/13 | 22:28:23 | 0:34 | 0:05 | 15859698114 4656640(D) | 15854656640 | | | MO | [NIOR] |
| 4 | 09/25/13 | 22:36:13 | 0:15 | 0:22 | 15854656640 | 15859698114 | | | MT | [NIOP] |
| 5 | 09/25/13 | 22:36:13 | 0:15 | 0:22 | 15854656640 01115859698114(D) | 15859698114 | | | SO | [] |
| 6 | 09/25/13 | 22:36:14 | 0:20 | 0:22 | 15854656640 | 15859698114 | | | ST | [] |
| 7 | 09/26/13 | 02:26:12 | 0:25 | 0:00 | 15854656640 | 15857645256 | | | MT | [NIOP] |
| 8 | 09/26/13 | 02:44:23 | 0:39 | 0:00 | 15854656640 | 15857645256 | | | MT | [NIOP] |
| 9 | 09/26/13 | 02:50:35 | 0:08 | 14:23 | 15857645256 | 15854656640 | | | MO | [NIOR] |
| 10 | 09/26/13 | 05:01:24 | 0:19 | 0:30 | 15854656640 | 15857645256 | | | MT | [NIOP:SUBCMH] |
| 11 | 09/26/13 | 05:02:56 | 0:22 | 0:03 | 15854656640 01115859698114(D) | 15859698114 | | | SO | [] |
| 12 | 09/26/13 | 05:02:57 | 0:23 | 0:03 | 15854656640 19083059252(F) | 15859698114 | | | MT | [NIOP:CFNA:VM] |
| 13 | 09/26/13 | 05:02:57 | 0:27 | 0:02 | 15854656640 | 15859698114 | | | ST | [] |
| 14 | 09/26/13 | 05:08:27 | 0:21 | 5:09 | 15859698114 | 15854656640 | | | MO | [NIOR] |
| 15 | 09/26/13 | 05:40:41 | 0:32 | 0:04 | 15857645256 | 15854656640 | | | MO | [NIOR] |
| 16 | 09/26/13 | 05:53:52 | 0:31 | 0:07 | 15857645256 | 15854656640 | | | MO | [NIOR] |
| 17 | 09/26/13 | 15:29:23 | 0:20 | 7:19 | 15857645256 | 15854656640 | | | MO | [NIOR] |
| 18 | 09/26/13 | 22:08:11 | 0:32 | 0:04 | 15852783372 | 15854656640 | | | MO | [NIOR] |
| 19 | 09/26/13 | 22:34:39 | 0:11 | 1:04 | 15852783372 | 15854656640 | | | MO | [NIOR] |
| 20 | 09/26/13 | 22:41:00 | 0:11 | 0:00 | 15852783372 | 15854656640 | | | MO | [NIOR] |
| 21 | 09/27/13 | 03:26:32 | 0:25 | 2:24 | 15857645256 | 15854656640 | | | MO | [NIOR] |
| 22 | 09/27/13 | 03:44:09 | 0:06 | 0:25 | 15854656640 | 15857757723 | | | MT | [NIOP] |

AT&T Proprietary

The information contained here is for use by authorized persons only and is not for general distribution.

Page 1

MILLER 000973