EXHIBIT

Plantiff's Exhibit 5   MC   5/15/2023

exhibitsticker.com

# ROCHESTER POLICE DEPARTMENT
## INCIDENT REPORT

CR.# 2013-00278924

## DETAIL

| Incident Type | Report Date | Report Time | Date From | Time From | Date To | Time To |
|---|---|---|---|---|---|---|
| 03. Robbery | 09/25/2013 | 20:02 | 09/25/2013 | 20:00 | 09/25/2013 | 20:02 |

Incident Address: 19 ROSLYN ST
PSA: 53
Campus Code:

Violent Crime Context: Robbery-Strangers on Street

## OFFENSES

Statute - PL 160.15 04 BF1  Attempt/Commit - Completed  Counts - 1
Description - Robbery 1st: Displays What Appears To Be a Firearm
Location: Street-47
Weapon: Semiautomatic Handgun-03
Larceny Type:
Aggravated Assault Circumstances:
Gang Related: No
Computer: No
Bias Type: No Bias-Not Applicable-77
Entry Point:
Method of Entry:
# of Premises Entered:

Statute - PL 155.30 05 EF4  Attempt/Commit - Completed  Counts - 1
Description - Grand Larceny 4th: Property Taken From Person
Location: Street-47
Weapon:
Larceny Type: All Other Larcenies-09
Aggravated Assault Circumstances:
Gang Related: No
Computer: No
Bias Type: No Bias-Not Applicable-77
Entry Point:
Method of Entry:
# of Premises Entered:

## VICTIM

Victim Type: Individual-I
Victim Name (Last, First, Middle): MOSELEY, JACK, M
Address: 19 ROSLYN ST
City, State, Zip: Rochester, NY 14619
Date of Birth: 5/4/1987
Age: 26
Sex: M
Race: W
Ethnicity: N
Residence Status: Resident
Victim/Offender Relationship (Offender Name, DOB, Relationship): MILLER, ANTHONY  06/20/1992  Stranger-41
Telephone:
Level of Injury: Not Injured
Type of Injury: None
Medical Treatment: Not Treated

## PERSONS

R = Reporting Person   W = Witness   PK = Person w/Knowledge   NI = Not Interviewed

| Type | Name (Last, First, Middle) | DOB | Sex | Race | Eth | Address | Telephone No |
|---|---|---|---|---|---|---|---|
| PK | LEWIS, STAN | 08/24/1957 | M | B | N | 125 ROSLYN ST 2 Rochester, NY 14619 | |

## SUSPECT / MISSING PER

Type - S: Suspect
Suspect Name (Last, First, Middle): MILLER, ANTHONY
Nickname:
Address: 607 BIRR ST Rochester, NY 14613
Date of Birth: 06/20/1992
Age: 21
Sex: M
Race: B
Ethnicity: N
MoRIS / JCR #: 343202
Height: 5'6
Weight: 145
Hair Color: Black
Hair Length: Short
Eye Color: Brown
Glasses: No
Complexion: Medium
Build: Medium
Facial Hair: Beard
Gang Affiliation: Yes
Clothing, Jewelry, Distinguishing Features:
Offender Condition: Apparently Normal
Scars, Marks, Tattoos:
Mothers Maiden Name:
Place of Birth:
School Name / ID #:

## INVESTIGATION

Modus Operandi: Weapon Displayed

| | | |
|---|---|---|
| 01. Witness to the offense? | 05. Can a suspect be described? | X 09. Is there significant Modus Operandi present? |
| 02. Surveillance footage of event? | 06. Can a suspect be identified? | 10. Is there significant physical evidence present? |
| 03. Can a suspect be named? | 07. Can a suspect vehicle be identified? | 11. Has evidence tech work been performed? |
| 04. Can a suspect be located? | 08. Is stolen property traceable? | 12. Preliminary investigation NOT completed? |

Case Status: Cleared by Arrest - Adult
Exceptional Clearance:
Assigned Bureau: West - Patrol
Review Box: PDW 3rd

Reporting Officer: PRINZI JASON
BM #: 2140
Date: 09/26/2013
Reviewed By:

MCDA000367

Incident Report Page 1 OF 4

# ROCHESTER POLICE DEPARTMENT
## INCIDENT REPORT

CR # 2013-00278924

## ADDTL OFFENSE
- Statute -
- Description -
- Attempt/Commit -
- Counts -
- Location
- Weapon
- Larceny Type
- Aggravated Assault Circumstances
- Gang Related
- Computer
- Bias Type
- Entry Point
- Method of Entry
- # of Premises Entered

## VICTIM #2
- Victim Type
- Victim Name (Last, First, Middle)
- Address
- Date of Birth
- Age
- Sex
- Race
- Ethnicity
- Residence Status
- City, State, Zip
- Victim/Offender Relationship (Offender Name, DOB, Relationship)
- Telephone
- Level of Injury
- Type of Injury
- Medical Treatment

## PERSONS
R = Reporting Person   W = Witness   PK = Person w/Knowledge   NI = Not Interviewed

| Type | Name (Last, First, Middle) | DOB | Sex | Race | Eth | Address | Telephone No. |
|---|---|---|---|---|---|---|---|
| | | | | | | | |

## SUSPECT #2
- Type -
- Suspect Name (Last, First, Middle)
- Nickname
- Address
- Date of Birth, Age, Sex, Race, Ethnicity, MoRIS / JCR #
- Height, Weight, Hair Color, Hair Length, Eye Color, Glasses, Complexion, Build, Facial Hair, Gang Affiliation
- Clothing, Jewelry, Distinguishing Features
- Offender Condition
- Scars, Marks, Tattoos

## PROPERTY

| Property Code | Property Type | Property Value | Serial Number |
|---|---|---|---|
| Stolen | Cell Phones or Smart Phones | $100 | |

Item Type and Description: **WHITE I PHONE 4 WITH WHITE/GRAY CASE**
Color: White
Quantity: 1   Unit of Measure: Item(s)   Measurement Source:   Drug Type:

| Property Code | Property Type | Property Value | Serial Number |
|---|---|---|---|
| Stolen | Money | $10 | |

Item Type and Description: **2 FIVE DOLLAR BILLS**
Color:
Quantity: 2   Unit of Measure: Item(s)   Measurement Source:   Drug Type:

## FIREARM
- Firearm Property Code, Firearm Value, Make, Model, Finish
- Caliber, Capacity, Type, Action, Serial Number
- Description
- Recovery Date

## VEHICLE
- Vehicle Status, Year, Make, Model, Style, Color
- State, Plate Number, VIN #, Recovery Date
- Additional Description

---

Reporting Officer: **PRINZI    JASON**
IBM #: 2140
Date: 09/26/2013
Reviewed By:

MCDA000368

**NARRATIVE**

ON THE ABOVE DATE AND TIME R/O RESPONDED TO THE ABOVE ADDRESS FOR THE REPORT OF A GUNPOINT ROBBERY. UPON ARRIVAL R/O SPOKE WITH (V) (MOSELEY) WHOM STATED THAT HE WAS SITTING ON HIS FRONT DOOR STEPS AT 19 ROSLYN (WHICH IS ABOUT 50 FEET FROM THE CORNER OF GENESEE STREET) WHEN A MALE BLACK ABOUT 5'7" WITH A GRAY HOODY, DARK JEANS, "CHIN STRAP BEARD", DARK SKINNED AND ABOUT 19 YEARS OLD APPROACHED HIM. (V) STATED THAT HE OBSERVED THE MALE A FEW TIMES EARLIER IN THE EVENING HANGING OUT AT THE CORNER. (V) STATED THAT THE MALE (A) (A.MILLER) APPROACHED (V) AND "STATED GIMME YOUR SHIT" AND PULLED OUT A BLACK HANDGUN FROM HIS RIGHT SIDE OF HIS BODY AND THEN PLACED THE GUN AT (V'S) HEAD. (V) STATED THAT HE WAS AFRAID FOR HIS LIFE AND GAVE (A) THE STUFF THAT HE HAD IN HIS POCKETS WHICH INCLUDED HIS I PHONE, TWO FIVE DOLLAR BILLS, A SET OF KEYS AND A PACK OF CIGARETTES. (V) STATED THAT THE SUSPECT THEN TOOK OFF WITH ANOTHER BLACK MALE AND LEFT SOUTHBOUND DOWN GENESEE STREET. K-9 OFFICER N. NOWACK (8907) RESPONDED AND ATTEMPTED A TRACK WHICH ENDED AT 873 GENESEE STREET WITH NEGATIVE RESULTS (DUE TO HIGH FOOT TRAFFIC AREA). OFFICER HOGG THEN LOCATED A POSSIBLE SUSPECT OR SUSPECTS ( SEE HOGG'S I.A.) WHICH WERE BROUGHT BACK FOR A SHOW-UP AT THE ADDRESS OF THE INCIDENT. INVESTIGATOR WENGERT CONDUCTED THE SHOW-UP WHICH WAS POSITIVE (SEE INV. WENGERT'S I.A.).

THE PHONE COULD NOT BE PINGED DUE TO IT BEING SHUT OFF. OFFICER THUERCK ATTEMPTED TO USE THE FIND MY I PHONE APP BUT RESULTS SHOWED IT WAS OFF LINE. ==THE VICTIM WAS TOLD THAT WHEN HE RECEIVES AND E-MAIL SHOWING ANY INFO ON THE PHONE APP TO CONTACT R/O.==

A NEIGHBORHOOD CHECK WAS CONDUCTED BY OFFICER SEITZ AT THE INCIDENT LOCATION AS WELL AS WHERE THE K-9 TRACK ENDED (SEE SEITZ'S I.A.).

CITY CAMERA CHECKS WERE NEGATIVE AS WELL AS A CAMERA CHECK FROM THE STORE AT GENESEE AND MAGNOLIA (STORE WORKER BASHER MUNASSAR ▮▮▮▮▮▮▮▮

SGT. RIVERS RESPONDED TO THE SCENE.

(A) WAS TRANSPORTED TO THE PSB 4TH FLOOR FOR AN INTERVIEW BY INVESTIGATOR WENGERT AND THEN TO MCJ BOOKING.

| Reporting Officer | IBM # | Date | Reviewed By |
|---|---|---|---|
| PRINZI         JASON | 2140 | 09/26/2013 | |

| Property Code | Property Type | Property Value | Serial Number |
|---|---|---|---|
| Stolen | Other Property | $1 | |

Item Type and Description: 4 KEYS ( 3 SILVER AND 1 WHITE) ON A WHITE KEY CHAIN

| Quantity | Unit of Measure | Measurement Source | Drug Type |
|---|---|---|---|
| 4 | Item(s) | | |

| Property Code | Property Type | Property Value | Serial Number |
|---|---|---|---|
| Stolen | Other Property | $1 | |

Item Type and Description: 1 PACK OF SENECA CIGARETTES

| Quantity | Unit of Measure | Measurement Source | Drug Type |
|---|---|---|---|
| 1 | Item(s) | | |

ADDITIONAL PROPERTY

Reporting Officer: PRINZI JASON
IBM #: 2140
Date: 09/26/2013
Reviewed By:

MCDA000370
Incident Report, Page 4 OF 4