UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

| | |
|---|---|
| ANTHONY MILLER,<br><br>                                       Plaintiff,<br><br>-against-<br><br>THE CITY OF ROCHESTER, MARYROSE M. WENGERT AND EARL G. WENGERT, AS CO-EXECUTORS OF THE ESTATE OF NOLAN WENGERT (deceased), DARYL HOGG, JAYSON PRINZI, DANIEL WATSON, and "JOHN DOE" RPD OFFICERS 1-10,<br><br>                                       Defendants. | **22-cv-6069 (FPG)(MJP)** |

**EXHIBIT 10 FOR PLAINTIFFS' OPPOSITION TO THE CITY'S MOTION FOR SUMMARY JUDGMENT**

911 call recording regarding robbery of Jack Moseley on September 25, 2013, to be provided to the Court on a thumb drive, but also available here:

https://www.dropbox.com/scl/fi/o8suxnuudgv0d9kj3bj9e/Exhibit-10-Miller-911-call-recording.mp3?rlkey=hp3szduvq9tbnwbpe23b2uk5c&dl=0