```
Received     09/25/13   20:01:13   BY TC14    8156
Entered      09/25/13   20:02:25   BY TC14    8156
Dispatched   09/25/13   20:02:49   BY PD13    8045
Enroute      09/25/13   20:02:49
Onscene      09/25/13   20:06:06
Trans        09/25/13   21:44:56
Transc       09/25/13   21:46:54
Closed       09/26/13   02:16:51

Initial Type: ROBBA      Final Type: ROBBA  (IN PROG/OCCURRED - (2 UNITS))
Initial Priority: 1P     Final Priority: 1P
Disposition: 10                    Source: C    Primary Unit: 5313
Police BLK: 096413  Fire BLK: 002916  EMS BLK: 048002
Group: RP2        Beat: RP53 Wrecker Zone: 1200   Map Page: 1200   Node: 43027
Loc: 19 ROSLYN ST ,ROC  btwn GENESEE ST & WELLINGTON AV <000> (V)
Loc Info:                                              Phone1: CELL
Name: JACK MOSLEY           Addr: 1400 S PLYMOUTH AV ,ROC Phone2:

Wireless Latitude:  +043.137528 Longitude:  -077.636540 Confidence:   095

/2002   (8156  )  ENTRY              J/O-- ROBBED AT GUNPOINT.. MORE
/2002   (8045  )  MISC               ,BC
/2002             DISPER   4933      #811968 KLEIN, ANDREW
/2002             $ASNCAS  4933      $CTYP13278924
/2003             ASSTER   5313      #812140 PRINZI, JASON
/2003             ASSTER   5323      #812036 HOGG, DARYL
/2003             PRIU     5313
/2003             ASSTER   5013      #812090 THUERCK, JAMES
/2003             ASSTER   5023      #812089 SLOWIK, STEPHEN
/2003   (8015  )  ASSTER   8907      [19 ROSLYN ST ,ROC]
                                     #810920 NOWACK, NINA (P&N)
/2003   (812140) *MISC     5313      ,77
/2004   (8156  )  SUPP               NAM: JACK MOSLEY,
                                     TXT: SUSP-- B/M-- GRY HOODIE-- APPROX 19 YO-- LS
                                     H ON GENESEE TWD BROOKS-- SUSP HAD A HANDGUN-- T
                                     OOK PHONE AND $10-- PH # 8319406
/2004             REBID              LAT: +043.137528 LONG: -077.636540 CONF: 095
/2004             SUPP               TXT: SUSP IS THIN BLD-- MEDS REF
/2004   (8045  )  MISC               ,GIVEN
/2004             MISC     5313      ,CAMERA ROOM CK'ING
/2005   (812036) *MISC     5323      ,77
/2005   (8015  )  MISC               ,09/25/13  20:05:50 PD09         409
/2005             MISC               ,NYMV RALL EMRE 2005
/2005             MISC               ,NPLGAN2532
/2005             MISC               ,HEDR/N01787 69222 743516-60
/2005             MISC               ,LIC/GAN2532. LIY/2014. LIT/PC.
/2005             MISC               ,VIN/19UUA56641A019073. VYR/2001. VMA/ACUR. VMO/
                                     TL. VST/4D. VCO/GRN
/2005             MISC               ,2001 ACURA TL, GREEN FOUR-DOOR SEDAN, 4233 POUN
                                     DS
/2005             MISC               ,** REGISTERED TO **
/2005             MISC               ,NAVEDO,JOSE, R
/2005             MISC               ,DOB/1960-05-18.   SEX/MALE.
/2005             MISC               ,719 AFFINITY LN   ROCHESTER, NY    14616
/2005             MISC               ,LICENSE PLATE: GAN2532   DMV REGISTRATION CLASS
                                     : PAS (016)
/2005             MISC               ,       STYLE: GOLD   LOGO: GOLD   LEGEND: PASS
```

```
/2005              MISC          , PLATE ISSUED: 2012-05-15
/2005              MISC          ,     INSURANCE: GEICO INDEMNITY COMPANY (100)
/2005              MISC          ,REGISTRATION EXPIRATION DATE: 2014-05-14
/2005              MISC          ,STATUS: VALID.
/2006   (8045  )   ONSCNE  5313
/2006   (8015  )   ASSTER  5333  [19 ROSLYN ST ,ROC]
                                  #812234 SEITZ, DAVID
/2006   (8045  )   ONSCNE  4933
/2006              MISC    5313  ,NEG ON AIR
/2006   (8015  )   MISC          ,****DISREGARD PLATE ADDED IN ERROR******
/2006   (8045  )   MISC    4933  ,GRY HOODIE/JEANS/SB GENESEE TWDS SAWYER
/2007              NEWLOC  5323  [MILLBANK/BRADBURN]
/2007   (812234)   *MISC   5333  ,77
/2007   (8045  )   ASSTOS  5223  [MILLBANK/BRADBURN]
                                  #811980 WATSON, DAN
/2007              ASSTER  4223  [19 ROSLYN ST ,ROC]
                                  #811476 RIVERS, JON
/2008              MISC    5313  ,WAS WITH ANOTHER M/B RED/GRY HOODIE ON BIKE IN
                                  AREA TOGETHER
/2008              NEWLOC  5323  [26 BRADBURN]
                                 ,WITH 2
/2008   (812234)   *ONSCNE 5333
/2008   (8015  )   ASSTER  4913  [19 ROSLYN ST ,ROC]
                                  #812227 GLYNN, SIR
/2008   (8045  )   CHGLOC  5013  [26 BRADBURN]
/2008              CHGLOC  5023  [26 BRADBURN]
/2008              MISC    5323  ,H/A
/2009              MISC    5323  ,CARS CAN SLOW IT DOWN
/2009              ONSCNE  5013
/2009              ONSCNE  5023
/2009              ONSCNE  8907
/2009              APB            APB TYPE: ROBBA AGENCY: CTY DATE: 092513 TIME: 2
                                  001 LOC: 19 ROSLYN ST ,ROC DESC: ARMED ROBBERY
/2009              APB            SUSP1: WEAPON: UNK TYPE HANDGUN RACE: B SEX: M D
                                  OB: 19YO CLOTHING: GRY HOODIE/BLU JEANS FEATURES
                                  : THIN BUILD
/2009              APB            TRAVEL DIR: LSH SB GENESEE TWDS SAWYER
/2009              APB            ADDL INFO: STILL UNDER INVS LOSS: CELL PH & $10
                                  CR: CTYP13278924 AUTH OF: 5313 PRINZI, JASON
/2010   (7674  )   BR             PD03
/2010   (8045  )   MISC    4913  ,GOING TO SCENE
/2010   (8106  )   BR             PD08
/2010   (8074  )   BR             PD12
/2011   (812227)   *ONSCNE 4913
/2011   (8045  )   ASSTER  4263  [19 ROSLYN ST ,ROC]
                                  #811745 FRATANGELO, EDWARD
/2011              MISC    4913  ,STARTING TRACK ROSLYEN - SB ON GENESEE
/2012              MISC    5323  ,VICTIM CAN ID
/2013   (811476)   *ONSCNE 4223
/2015   (8045  )   MISC    5323  ,INVS RESPOND TO SCENE - GENESEE/ROSLYN
/2015              ASSTER  6433  [19 ROSLYN ST ,ROC]
                                  #811853 WENGERT, NOLAN
/2015              MISC    4913  ,STILL SB GENESEE/MONICA
/2018              MISC    5313  ,ALSO TAKEN PACK OF RED SENECA CIGS - 2 $5 BILLS
                                  AND SET OF HOUSE KEYS
/2018              MISC    4913  ,CALLING TRACK AT 873 GENESEE
/2022              OK      4223
/2022              OK      4263
/2022              OK      4913
```

MCDA000644

```
/2022              OK       5003
/2022              OK       5013
/2022              OK       5023
/2022              OK       5223
/2022              OK       5313
/2022              OK       5323
/2022              OK       5333
/2022              OK       8907
/2022              OK       6433
/2024              ONSCNE   6433
/2025              CONTCT   6433   Contact Timer Canceled
/2032              CHGLOC   5323   [W HIGH/GENESEE]
                                   ,W/2 MALES WAITING FOR INVS
/2032              CHGLOC   5223   [W HIGH/GENESEE]
                                   ,W/2 MALES WAITING FOR INVS
/2034   (811980)  *ONSCNE   5223
/2044   (8045  )   CONTCT   5223   Contact Timer Canceled
/2053   (810920) *CLEAR     8907
/2054   (8045  )  $PREMPT   4933
/2054              MISC     6433   ,POSITIVE ON SHOW UP
/2101   (8015  )  $PREMPT   5013
/2101              $PREMPT  5023
/2107              $PREMPT  5333
/2107              $PREMPT  4913
/2144              ONSCNE   5323
/2144              TRANS    5323   [PSB 4TH]
                                   ,W1M
/2145              TRANS    5223   [31 BRADBURN]
                                   ,W1M
/2146   (811980) *TRANSC    5223
/2147   (8069  )   OK       5323
/2147              OK       5223
/2147   (811476) *CLEAR     4223
/2150   (812036) *TRANSC    5323
/2152   (8015  )   REMINQ   5223   FLF8538
/2201   (8069  )   OK       5323
/2211              $PREMPT  4263
/2219              $PREMPT  5223
/2219   (812140) *CHGLOC    5313   [PSB]
/2226             *ONSCNE   5313
/2227   (8045  )   OK       5313
*** New Date: 09/26/13 ***
/0021   (8077  )   CHGLOC   5323   [BOOKING]
                                   ,1M
/0021              CHGLOC   5313   [BOOKING]
                                   ,1M
/0022              NEWLOC   5323
/0022              NEWLOC   5313
/0038   (7629  )   CONTCT   5313   Contact Timer Canceled
/0039              CONTCT   5323   Contact Timer Canceled
/0048   (812036) *CLEAR     5323
/0048   (812140)  $PREMPT   5313
/0148   (8024  )   CLEAR    6433   DSP: 0    79
/0148              CLOSE    5313
/0216   (8134  )   REOPEN          ,NO MORE INFORMATION
/0216   (8024  )   HOLD
/0216   (8134  )   DISPOS   7310    #812082 PANCOE, TIMOTHY
/0216             $CROSS            #CTYP132690244
/0216              CLEAR    7310   DSP: 0    --> 10
/0216              CLOSE    5313
```

MCDA000645

```
Incident History for Xref #CTYP132682962
Case Numbers: $CTYP13278924

Entered      09/26/13  02:16:46  BY PD10    8134
Dispatched   09/26/13  02:17:15  BY PD10    8134
Onscene      09/26/13  02:17:15
Closed       09/26/13  02:17:23

Initial Type: TECH        Final Type: TECH    (CRIME TECHNICIAN)
Initial Priority: 3       Final Priority: 3
Disposition: 10                   Source: C    Primary Unit: 6841
Police BLK: 096413  Fire BLK: 002916  EMS BLK: 048002
Group: RP7   (RP2 ) Beat: RP53 Wrecker Zone: 1200   Map Page: 1200   Node: 43027
Loc: 19 ROSLYN ST ,ROC  btwn GENESEE ST & WELLINGTON AV <000> (V)
Loc Info:                                                  Phone1: CELL
Name: JACK MOSLEY          Addr: 1400 S PLYMOUTH AV ,ROC Phone2:

Wireless Latitude:    Longitude:   Confidence:

/0216  (8134  ) COPY            ,FOR 6841
/0216           $CROSS          #CTYP132682962
/0216           $ASNCAS         $CTYP13278924
/0217           DISPOS   6841   #812167 DAPSON, PAULA
/0217           CLEAR    6841   DSP: 10
/0217           CLOSE    6841
```

MCDA000646

```
Incident History for: #CTYP132690244  Xref: #CTYP132682962
Case Numbers: $CTYP13278924

Entered      09/26/13  02:16:46  BY PD10    8134
Dispatched   09/26/13  02:17:15  BY PD10    8134
Onscene      09/26/13  02:17:15
Closed       09/26/13  02:17:23

Initial Type: TECH       Final Type: TECH    (CRIME TECHNICIAN)
Initial Priority: 3      Final Priority: 3
Disposition: 10                   Source: C    Primary Unit: 6841
Police BLK: 096413  Fire BLK: 002916  EMS BLK: 048002
Group: RP7  (RP2 ) Beat: RP53 Wrecker Zone: 1200   Map Page: 1200   Node: 43027
Loc: 19 ROSLYN ST ,ROC  btwn GENESEE ST & WELLINGTON AV <000> (V)
Loc Info:                                                   Phone1: CELL
Name: JACK MOSLEY          Addr: 1400 S PLYMOUTH AV ,ROC Phone2:

Wireless Latitude:    Longitude:    Confidence:

/0216  (8134  )  COPY         ,FOR 6841
/0216            $CROSS       #CTYP132682962
/0216            $ASNCAS      $CTYP13278924
/0217            DISPOS  6841  #812167 DAPSON, PAULA
/0217            CLEAR   6841  DSP: 10
/0217            CLOSE   6841
```

MCDA000647