UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

| | |
|---|---|
| ANTHONY MILLER,<br><br>                                            Plaintiff,<br><br>    -against-<br><br>THE CITY OF ROCHESTER, MARYROSE M. WENGERT AND EARL G. WENGERT, AS CO-EXECUTORS OF THE ESTATE OF NOLAN WENGERT (deceased), DARYL HOGG, JAYSON PRINZI, DANIEL WATSON, and "JOHN DOE" RPD OFFICERS 1-10,<br><br>                                            Defendants. | 22-cv-6069 (FPG)(MJP) |

**EXHIBIT 12 FOR PLAINTIFFS' OPPOSITION TO THE CITY'S MOTION FOR SUMMARY JUDGMENT**

Police radio communication recordings regarding robbery of Jack Moseley on September 25, 2013, to be provided to the Court on a thumb drive, but also available here:

https://www.dropbox.com/scl/fi/09dm4a0p90vk2jtc89823/Exhibit-12-Radio-calls.mp3?rlkey=4o233cn676ctfovvqgxvf8jnd&dl=0