09-05-'14 08:30 FROM- ROCH POLICE LOCUST    585-647-3545    T-861  P0002/0003 F-226



# RPD Canine Usage Log

Handler & K9 _NNouxACE ᵣAxl_    Car# _8907_
Date: _9/25/13_    CR# _13-278924_
Location: _19 Rosyln St_    PS.A: _53_
Weather Conditions (if applicable): _~60°_
Incident Type: _Robbery_

## K9 Application:

- ☐ Building Search
- ☑ Track
- ☐ Area Search
- ☐ Criminal Apprehension
- ☐ Narcotics
- ☐ Weapons
- ☐ Explosives
- ☐ Other: _____

## Times:

Time Occurred: _2002_ hrs

Time Started: _2009_ hrs

Time on Search: _30_ min

## Application Results:

- ☐ Successful
- ☑ Unsuccessful
- ☐ None (incl. Arrest w/o K9)

## Detection Application

## Narcotic Deployment:

### Category:
- ☐ Warrant
- ☐ Premise
- ☐ Vehicle
- ☐ Package
- ☐ Other: _____

### Results/Amount:
- ☐ Marijuana _____
- ☐ Cocaine _____
- ☐ Heroin _____
- ☐ Meth _____
- ☐ Cash _____
- ☐ Other: _____

## Nitrate Deployment:

### Category:
- ☐ Warrant
- ☐ Premise
- ☐ Vehicle
- ☐ Package
- ☐ Other: _____

### Results/Amount:
- ☐ Weapon _____
- ☐ Ammunition _____
- ☐ Explosive: _____
- ☐ Other: _____

MILLER 000879

09-05-'14 08:30 FROM- ROCH POLICE LOCUST      585-647-3545          T-861  P0003/0003 F-226

**Arrest Information:**

Defendant: _____

D.O.B.: _____    MoRIS#: _____

Sex:  Male  Female  Race: W  B  H  A

Address: _____

Charges: _____

**Attachments:**

❏ CIR
❏ IAR
❏ PDR
❏ SRR
❏ Photos
❏ Other:
_____
_____

**Narrative:** Victim Robbed of a cell phone, money, and
cigarettes. Shot, men down Genesee. St. Smith/Friend.
And knocked South on Federal St and eventually
lost a Silent at 873 Genese St

**Supervisor:** _Sgt Dree_ _____

MILLER 000880