UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

ANTHONY MILLER,

Plaintiff,

-against-

THE CITY OF ROCHESTER, MARYROSE M. WENGERT AND EARL G. WENGERT, AS CO-EXECUTORS OF THE ESTATE OF NOLAN WENGERT (deceased), DARYL HOGG, JAYSON PRINZI, DANIEL WATSON, and "JOHN DOE" RPD OFFICERS 1-10,

Defendants.

**22-cv-6069 (FPG)(MJP)**

**EXHIBIT 19 FOR PLAINTIFFS' OPPOSITION TO THE CITY'S MOTION FOR SUMMARY JUDGMENT**

Recording of telephone call on September 26, 2013 from the Monroe County Jail, from Anthony Miller to Aaron Hinds, to be provided to the Court on a thumb drive, but also available here:

https://www.dropbox.com/scl/fi/mfx7krkcatfmzyhssnn0t/Exhibit-19-9-26-13-jail-call-w-Aaron-Hinds-mp3.mp3?rlkey=hwwtz8mis981nh41g1eax3jpo&dl=0