```
 1   STATE OF NEW YORK
     COURT OF CLAIMS
 2   ----------------------------------------x
     ANTHONY MILLER,
 3
                                  Claimant,
 4
     -against-                         CLAIM NO.:135854
 5
     THE STATE OF NEW YORK,
 6
                                  Respondent.
 7   ----------------------------------------x
     SEPARATE ACTION
 8   ----------------------------------------x

 9   UNITED STATES DISTRICT COURT
     WESTERN DISTRICT OF NEW YORK
10   ----------------------------------------x
     ANTHONY MILLER,
11
                                  Plaintiff,
12
     vs.                 CIVIL ACTION NO. 22-CV-6069
13
     THE CITY OF ROCHESTER, ET AL.,
14
                                  Defendants.
15   ----------------------------------------x

16

17        Deposition of Aaron Hinds, held on July 13, 2022,

18   commencing at 1:08 p.m., at New York State Office of the

19   Attorney General, 144 Exchange Boulevard, Suite 200,

20   Rochester, New York 14614, before Ashley N. Castrejon,

21   Registered Professional Reporter, and Notary Public in

22   and for the State of New York.

23

24

25
```

```
 1                    A P P E A R A N C E S

 2   For Plaintiff:    ROTH & ROTH, LLP,
                       Attorneys at Law
 3                     192 Lexington Avenue, Suite 802
                       New York, New York 10016
 4                        BY:  ELLIOT SHIELDS, ESQ.
                               eshields@rothandrothlaw.com
 5
     For Defendants:   ASSISTANT ATTORNEY GENERAL
 6   (The State of     OFFICE of the ATTORNEY GENERAL
      New York)        144 Exchange Boulevard., Second Floor
 7                     Rochester, New York 14614
                          BY:  TAMARA B. CHRISTIE, ESQ.
 8                             tamara.christie@ag.ny.gov

 9   For Defendants:   DEPUTY CORPORATION COUNSEL
     (The City of      CITY of ROCHESTER- LAW DEPARTMENT
10    Rochester)       30 Church Street, Room 400A
                       Rochester, New York 14614
11                        BY:  PATRICK BEATH, ESQ.
                               Patrick.Beath@cityofrochester.gov
12

13

14

15

16

17

18

19

20

21

22

23

24

25
```

```
 1              I N D E X   O F   T E S T I M O N Y

 2     EXAMINATION OF AARON HINDS                        Pages

 3        By MS. CHRISTIE:                          6     66

 4        By MR. BEATH:                            28     64

 5        By MS. CHRISTIE:                         65     79

 6        By MR. SHIELDS:                          66     73

 7        By MS. CHRISTIE:                                79

 8        By MR. BEATH:                            79     80

 9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25
```

```
 1                INDEX  OF  EXHIBITS

 2                                              Page          Page
                                                Marked        ID'd
 3

 4     Exhibit No. 1                              69            69
       (Phone records)
 5

 6

 7

 8

 9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25
```

```
 1                        STIPULATIONS

 2

 3            IT IS HEREBY STIPULATED, by and between the

 4   attorneys for the respective parties hereto, that:

 5            All rights provided by the CPLR, and Part 221

 6   of the Uniform Rules for the Conduct of Depositions,

 7   including the right to object to any question, except as

 8   to form, or to move to strike any testimony at this

 9   examination is reserved; and in addition, the failure to

10   object to any question or to move to strike any

11   testimony at this examination shall not be a bar or

12   waiver to make such motion at, and is reserved to, the

13   trial of this action.

14            This deposition may be sworn to by the witness

15   being examined before a Notary Public other than the

16   Notary Public before whom this examination was begun,

17   but the failure to do so or to return the original of

18   this deposition to counsel, shall not be deemed a waiver

19   of the rights provided by Rule 3116 of the CPLR, and

20   shall be controlled thereby.

21            The signing and filing of the original

22   deposition transcript is waived.

23

24

25
```

```
 1                A A R O N  H I N D S, called as a witness
 2   and being duly sworn, testifies as follows:
 3                EXAMINATION BY MS. CHRISTIE:
 4         Q    Good afternoon, Mr. Hinds.  My name is
 5   Tamara Christie.  I work for the Attorney General's
 6   Office, and I am defending the State in an unjust
 7   conviction claim brought by Anthony Miller.  I am going
 8   to be asking you several questions about your knowledge
 9   of what Mr. Miller was doing on September 25, 2013.
10   Okay?
11         A    Okay.
12         Q    If at any point you don't understand my
13   question, just let me know.  I will be happy to rephrase
14   it.  Otherwise, if you answer it, I will assume that you
15   understood it.  Fair enough?
16         A    Yes.
17         Q    I don't expect that your testimony is
18   going to be very lengthy today.  Regardless, if you need
19   a break at any time, please let me know.  I would be
20   happy to give you an opportunity to take a break.  I
21   just ask that we do not take a break while a question is
22   pending.
23         A    Okay.
24         Q    Did you -- before testifying today, did
25   you look at any documents or photographs or anything?
```

```
 1              Q    LiDestri?

 2              A    Yes.

 3              Q    In East Rochester?

 4              A    Yes -- no, no.  Sorry about that.  Lee

 5   Road.

 6              Q    Lee Road?

 7              A    Yes.

 8              Q    What did you do for LiDestri?

 9              A    That was a temp job.  Also, I would say,

10   like, they had us all over the warehouse, so I never had

11   a specific job.

12              Q    How long did you work for LiDestri?

13              A    It was about a year and a half.

14              Q    How long did you work for Babies "R" Us?

15              A    I would say a year.

16              Q    Okay.  Where -- what employment did you

17   have, if any, after LiDestri?

18              A    After LiDestri was Labor Ready.

19              Q    Labor ready?

20              A    Yes.

21              Q    You were 21 on September 25, 2013?

22              A    Yes.

23              Q    And how old were you at that time, if you

24   remember?

25              A    Twenty-one.
```

```
 1          Q    I'm talking about the date that
 2   Mr. Miller was arrested?
 3          A    I was 21 at the time.
 4          Q    What was your height and weight, if you
 5   know?
 6          A    6'3.  I would say 275 pounds.
 7          Q    175?
 8          A    No.  275.
 9          Q    Okay.  Where did you live at that time on
10   September 25, 2013?
11          A    31 Bradburn Street.
12          Q    31 Bradburn Street.  And who lived with
13   you at that address?
14          A    My mother and my father.
15          Q    And what are there names?
16          A    Edna Hinds and Cleveland Hinds.
17          Q    Edna Hinds and Cleveland Hinds?
18          A    Yep.
19          Q    And is that a single-family residence at
20   that location?
21          A    Yes.
22          Q    Do you still live at that address?
23          A    No.
24          Q    You were with Mr. Miller on the evening
25   of September 25, 2013, when he was stopped by the
```

```
 1   police; is that correct?
 2            A    Yes.
 3            Q    And that was at 22 Bradburn; correct?
 4            A    Yes.
 5            Q    Can you tell me if you remember what you
 6   did, generally, earlier in the day that day?  Whatever
 7   you can remember.
 8            A    Got up and went to work.
 9            Q    Can you tell me what you did earlier in
10   the day on September 25, 2013?
11            A    How much earlier in the day are you
12   talking?
13            Q    From the time that you got up, until the
14   time that the police stopped you.  I realize it is a
15   long time ago just whatever you can remember.
16            A    I got up, brushed my teeth, went to work.
17            Q    Where did you work at that time?
18            A    At that time Labor Ready was sending me
19   to Pep Boys at Henrietta.
20            Q    What time did you go to work that day?
21            A    It was 8:30 maybe.  Something like that.
22            Q    And then how long did you work that day?
23            A    For about eight hours.
24            Q    So about five o'clock, 5:30?
25            A    I would say three.
```

1        Q    They took them off again?

2        A    Yeah.

3        Q    So describe to me how this worked.  You

4   walked where and did what?

5        A    I guess the cop car on Genesse -- Genesse

6   and Rosalind.  I walked about 15 to 20 feet towards

7   Rosalind, and they made us walk to the left on Rosalind.

8   They made us walk another 15 to 20 feet.  They spun us

9   around, and walked us back to the cop car.

10       Q    What happened once you got back?  Just to

11  be clear, Anthony Miller was not with you during that

12  period; is that right?

13       A    He was in a separate cop car.  They both

14  took us over there.

15       Q    Okay.  When you did that walk to Genesse

16  and Rosalind and back, you did it, and then they had

17  Anthony do it separately?

18       A    Yes.

19       Q    Do you know if anybody else made that

20  walk other than you and Anthony?

21       A    No.

22       Q    What happened after you got back to the

23  police car?

24       A    We got back to the police car I

25  remember -- I don't know which detective, but they said

```
 1   that they wanted to search my house.
 2            Q    What did you say?
 3            A    I said yes.
 4            Q    Did you see what happened with Anthony at
 5   that point?
 6            A    No.
 7            Q    So after -- do you remember which
 8   detective that asked to search the house?
 9            A    Like I said, I don't remember his name.
10   He was the heavy-set detective.
11            Q    Yeah.  It was that guy not Wengert that
12   asked to search the house?
13            A    Yes.
14            Q    And you said that that was okay?
15            A    Yes.
16            Q    Okay.  So what's the next thing that
17   happened?
18            A    We went to Bradburn.  I signed a consent
19   form.
20            Q    Do you remember what the consent form
21   said?
22            A    No.
23            Q    But you had a chance to read it before
24   you signed it?
25            A    Yes.
```

```
 1            Q    And then you said earlier that you were
 2   there inside the house when they did the search?
 3            A    Yes.
 4            Q    I think you said it was about ten minutes
 5   that it took?
 6            A    Yes.
 7            Q    Do you remember where they searched?
 8            A    The living room, my bedroom, bathroom.
 9   The kitchen a little bit.  That's it.
10            Q    Is your house two floors?
11            A    Four.  Basement, living room, second
12   floor, and attic.
13            Q    Is the basement finished?
14            A    No.  At the time, no.
15            Q    Was the attic finished?
16            A    No.
17            Q    The areas that you described that were
18   searched, were those all on the first and second floor?
19   Did that include the basement and the attic?
20            A    First and second floor.
21            Q    Okay.  When they search the house, did
22   they tell you what they were searching for?
23            A    I believe a cell phone.
24            Q    And when they search the various rooms
25   that you described, did you see where they were
```

```
 1    searching?  Were they searching drawers?  Cabinets?
 2    Cushions?
 3         A    Drawers and cabinets.
 4         Q    Anywhere else?
 5         A    What do you mean anywhere else?
 6         Q    You tell me.  It is your house.
 7         A    Yeah.  Drawers, kitchen, the couch.
 8         Q    Okay.  What happened once they -- you
 9    said that search took about ten minutes.  Then what
10    happened?
11         A    They searched, and took me back out.  At
12    that time, my mother came, and they talked to my mother.
13    Told her what happened, and they left after that.
14         Q    Were you present when they spoke to your
15    mom?
16         A    Yes.
17         Q    What did they say to each other?
18         A    They were basically telling her what
19    happened.  Why we have your son.  Why we are searching
20    your house.
21         Q    When they said what happened, what is
22    that they explained to your mom as you recall?
23         A    The reason why they were searching.
24         Q    Okay.  And the robbery in particular?  Is
25    that -- did they mention the robbery?
```

```
 1            A    They didn't really mention the robbery.
 2    They just really mentioned that they were searching the
 3    house because of what happened.  They didn't explain too
 4    much about the robbery.
 5            Q    Got it.  Okay.  What -- did your mom say
 6    anything to them?
 7            A    No.  She didn't ask any questions.
 8            Q    So after that conversation with your mom,
 9    did the police officers remain there, or did they leave?
10            A    They left.
11            Q    Did you have after that any further
12    interactions with any police officers about the robbery
13    that took place on Rosalind?
14            A    No.
15            Q    Did the officers ever ask to search the
16    house again?
17            A    No.
18            Q    Do you know if they found anything in the
19    house?
20            A    No.
21            Q    You told us before about conversations
22    that you had with Anthony's attorney Josh Stubbe about
23    you testifying at trial.  Did you ever speak directly
24    with Anthony Miller before his trial about you coming to
25    testify?
```

```
 1              A    Yes.  I spoke with him.
 2              Q    Can you tell us what those conversations
 3    were?  What you said to him and what he said to you?
 4              A    Basically what happened there and -- what
 5    happened the day the cops came.
 6              Q    When you met in that office with
 7    Anthony's attorney Josh Stubbe, was anyone else present
 8    for that conversation?
 9              A    Just me and Mr. Stubbe.
10              Q    Okay.  How long before Anthony's trial
11    did you have that meeting with Mr. Stubbe?  Weeks?
12    Months?
13              A    Weeks before.
14              Q    And do you remember Mr. Stubbe telling
15    you specifically about when the trial was scheduled?
16              A    Yes.
17              Q    And was it in that meeting in his office?
18    Did he ask you to come to testify at that point?
19              A    He just asked me the dates of when the
20    trial was.
21              Q    Okay.  You said Anthony's trial was about
22    three days, and you were there for one of those days?
23              A    Yes.
24              Q    Were you present in the courtroom when
25    you went, or were your waiting in a witness area?
```

```
 1                      Exhibit 1, please?
 2                          THE REPORTER:  Yes.
 3                      (Whereupon Exhibit No. 1 was marked for
 4                      identification, 07/13/22, ANC)
 5                      EXAMINATION BY MR. SHIELDS:
 6              Q    Did you recognize that piece of paper
 7    that I am showing you?
 8              A    Yes.
 9              Q    And it says "T-Mobile" at the top; is
10    that right?
11              A    Yes.
12              Q    And what do you recognize that paper to
13    be?
14              A    Phone records.
15              Q    Are they phone records from your cell
16    phone from September 2013?
17              A    Yes.
18              Q    Okay.  And towards the bottom of the left
19    side of the page, there are some highlights and some
20    phone numbers, do you see that?
21              A    Yes.
22              Q    Looking at those phone numbers, can you
23    tell us are those the calls that we spoke about earlier?
24              A    Yes.
25              Q    And did you make those telephone calls?
```

```
 1            A    No.
 2            Q    Can you read those telephone numbers?
 3   Are they too small?  Can you read them?  Can you make
 4   them out?
 5            A    414-2023 --
 6            Q    Can -- I'm sorry.  Can you finish?
 7            A    585 with the area code.
 8            Q    Can you see what time that phone call was
 9   made?
10            A    7:42 p.m.
11            Q    Is that the first highlighted number?
12            A    That's the last highlighted number.
13            Q    So maybe can you go up?  And what was the
14   next phone -- earlier than that next phone call that was
15   made before the 7:42 p.m. phone call?
16            A    7:42 was the last one.  Before that was a
17   317-9147 at 7:41.
18            Q    So there was a phone call at 7:42 and one
19   at 7:41; is that right?
20            A    Yes.
21            Q    What was the -- is there a phone call
22   before 7:41?
23            A    Yes.
24            Q    And what was that phone call -- that
25   phone number?
```

```
 1            A    414-2023.

 2            Q    And what time was that phone call made
 3   at?

 4            A    7:30 p.m.

 5            Q    7:30 p.m.?

 6            A    7:30 p.m.  It is scribbled out, but it
 7   looks like 7:30.

 8            Q    Is it possible that it was 7:38 not 7:30?

 9            A    It looks like it could be 7:38.

10            Q    Is there a phone call right above that?

11            A    Yes.

12            Q    And can you see the time that the phone
13   call right above that was made?

14            A    7:37 p.m.

15            Q    What phone call was made at 7:37 p.m.?
16   What number?

17            A    (585)503-0784.

18            Q    Okay.  Did -- was that one -- does it say
19   if it was incoming or outgoing?

20            A    Incoming.

21            Q    So you had an incoming call at 7:37, and
22   can you see the number above the 7:37?

23            A    It is definitely a little scribbled out,
24   but I would say 7:23 p.m.  The number is scribbled out.

25            Q    Okay.  From looking at that page, does it
```

```
 1   look like the phone numbers are from earlier in time?  I
 2   might have of said the phone numbers.  I meant the time
 3   of the phone call.  If you look at the left side, does
 4   that show the date?
 5            A    Yes.
 6            Q    As you go up, does it show the dates
 7   going back in time?
 8            A    The date is going back in time, yep.
 9            Q    Okay.  So would it be fair to say if you
10   go down to the last three highlighted numbers that the
11   outgoing calls -- it would make sense that it would go
12   7:37 and then 7:38?
13            A    The last 3?
14            Q    I'm sorry.  Earlier you were not sure if
15   that said 7:30 or 7:38; right?
16            A    Yes.  That looks like 7:38 then.
17            Q    Okay.  And that 7:38 call that looks like
18   an outgoing call?
19            A    Yes.
20            Q    Do you happen to know whose telephone
21   number that was?
22            A    It looks like Brooklyn Cromes's phone
23   number at the time.
24            Q    And then the number right after that, do
25   you know whose number that is?
```

```
 1          A    I believe it was Mike Mason's number at
 2   the time.
 3          Q    The last highlighted number, do you know
 4   whose phone number that is?
 5          A    Brooklyn Cromes's number at the time.
 6          Q    And did you make those three phone calls
 7   that are 7:38, 7:41, and 7:42?
 8          A    No.
 9          Q    Do you know who made those telephone
10   calls at 7:38, 7:41 and 7:42?
11          A    Anthony Miller.
12          Q    Okay.  So between the time that those
13   three phone calls were made at 7:38, 7:41, and 7:42 and
14   the time you were stopped by the police, were you with
15   Anthony Miller in front of 22 Bradburn Street?
16          A    Yes.
17          Q    Did you guys go anywhere else?
18          A    No.
19          Q    You made those calls, and you were with
20   Anthony between the time of those calls were made and
21   the time you were stopped by the police?
22          A    Yes.
23               MR. SHIELDS:  I have no further
24          questions.
25               MS. CHRISTIE:  I just have a couple
```