# ROCHESTER POLICE DEPARTMENT
## INVESTIGATIVE ACTION REPORT
### CASE UPDATE

Page 1 of 2

CR # 2013-00278924

| Victim Name (Last, First, Middle) or Name of Business | Location of Offense | PSA |
|---|---|---|
| Moseley, Jack | 19 Roslyn ST Rochester | 53 |

| Date/Time of Occurrence | Offense / Charge / Incident (Most Recent Classification) |
|---|---|
| 09/25/2013 20:00 | Robbery 1st |

Classification After Investigation (Include Law Section Number)

**NARRATIVE:**

On 9-27-13, I contacted (V) and learned that he had been able to obtain the serial number information for his phone as well as his Apple login information. (V) provided same to me and at about 1700 hours I was able to track it to Elmdorf where it was mobile and eventually to Genesee St/West High Ter amongst a group of 30 people. I activated the alarm and all of the above fled on sight of marked police cars so it was impossible to tell who had it. The phone was last activated at 2130 hours somewhere on Stratford Pk and is now off.

(V) was advised of this and informed me that he is still confident in his ID of (S) Miller. I also checked 22 Bradburn St twice but the occupants would still not come to the door.

I entered a teletype for said phone.

| Continuance of | Changed to | Closed by |
|---|---|---|
| Cleared by Arrest - Adult | | Cleared by Arrest - Adult |
| Exceptional Clearance | Bias Type | Victim Relationship to Suspect |
| | No Bias-Not Applicable-77 | Unknown |
| Property Recovered | Value of Property | # Arrested | SRR | Multiple Clearup | Teletype Status |
| No | | 0 | No | No | |
| Additional Techwork Performed | | Further Investigation Conducted By |

| Reporting Officer | IBM # | Date | Reviewed By |
|---|---|---|---|
| WENGERT  NOLAN | 1853 | 09/28/2013 | WENGERT, NOLAN A |

IAR Case Update 2013-00278924 Page 1 OF 2

MILLER 001046