

EXHIBIT NUMBER 008
MMR 030923
alliancecourtreporting.net