STATE OF NEW YORK
COURT OF CLAIMS

ANTHONY MILLER,

                                  Claimant,

-against-                                CLAIM NO.: 135854

THE STATE OF NEW YORK,                AFFIRMATION OF
                                                          REYNALDO DEGUZMAN

                                Respondent.

I, REYNALDO DEGUZMAN, affirm this 13th day of May, 2024, pursuant to CPLR §2106, under the penalties of perjury under the laws of New York, which may include a fine or imprisonment, that the below statements are true, and I understand that this document may be filed in an action or proceeding in a court of law.

1. I am not a party to this lawsuit. I am more than 18 years old.

2. I was retained by Roth & Roth LLP and Easton Thompson Kasperek Shiffrin LLP to run from 19 Roslyn Street, Rochester, NY to the vicinity of 31 Bradburn Street, Rochester, NY, change clothes, and then walk to the driveway of 22 Bradburn Street.

3. On May 3, 2024, at approximately 11:48 a.m., I began running from the steps in front of 19 Roslyn Street, Rochester, New York. I turned right onto Genesee Street and ran south until I reached Sawyer Street. I then turned right on Sawyer Street and ran west until I reached Millbank Street. I ten turned left of Millbank Street and ran south until I reached Bradburn Street. I then turned right on Bradburn Street and ran west until I reached the vicinity of 31 and 38 Bradburn Street.

4. While running, I was wearing a black hooded sweatshirt, blue jeans, and boots.

5. When I arrived at the vicinity of 31 / 38 Bradburn Street, I retrieved a blue hooded sweatshirt and black sweatpants from the back seat of a car, and then proceeded to change clothing on the street next to the car.

6. I then put the clothing back inside of the car and crossed the street to the front of 26 Bradburn Street and 22 Bradburn Steet and ended standing in the driveway of 22 Bradburn Street.

7. I completed the run at approximately 80 percent effort. During the run, I was breathing heavily and sweating.

8. I am 35 years old. I exercise approximately 5-6 times per week, including boxing, lifting weights, and running approximately 20 miles per week.

9. The video recording submitted herewith, efiled as Exhibit 92, is a true and accurate depiction of the run that I completed from 19 Roslyn Street to the vicinity of 31 / 38 Bradburn Street, changing clothes, and crossing the street to the driveway of 22 Bradburn Street on May 3, 2024.

*Reynaldo Deguzman*
REYNALDO DEGUZMAN

# Affidavit of Reynaldo Deguzman - run from 19 Roslyn to 22 Bradburn - v2

Final Audit Report        2024-05-13

| | |
|---|---|
| Created: | 2024-05-13 |
| By: | Elliot Shields (eshields@rothandrothlaw.com) |
| Status: | Signed |
| Transaction ID: | CBJCHBCAABAAexe_l856O9gpF3s0HxXYSNnsweM4LC14 |

## "Affidavit of Reynaldo Deguzman - run from 19 Roslyn to 22 Bradburn - v2" History

- Document created by Elliot Shields (eshields@rothandrothlaw.com)
  2024-05-13 - 5:25:02 PM GMT

- Document emailed to Reynaldo Deguzman (pressuregradientxxx@gmail.com) for signature
  2024-05-13 - 5:25:05 PM GMT

- Email viewed by Reynaldo Deguzman (pressuregradientxxx@gmail.com)
  2024-05-13 - 8:20:37 PM GMT

- Document e-signed by Reynaldo Deguzman (pressuregradientxxx@gmail.com)
  Signature Date: 2024-05-13 - 8:24:08 PM GMT - Time Source: server

- Agreement completed.
  2024-05-13 - 8:24:08 PM GMT

Adobe Acrobat Sign