UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

| | |
|---|---|
| ANTHONY MILLER,<br><br>                                                         Plaintiff,<br><br>-against-<br><br>THE CITY OF ROCHESTER, MARYROSE M. WENGERT AND EARL G. WENGERT, AS CO-EXECUTORS OF THE ESTATE OF NOLAN WENGERT (deceased), DARYL HOGG, JAYSON PRINZI, DANIEL WATSON, and "JOHN DOE" RPD OFFICERS 1-10,<br><br>                                                       Defendants. | **22-cv-6069 (FPG)(MJP)** |

**EXHIBIT 28 FOR PLAINTIFFS' OPPOSITION TO THE CITY'S MOTION FOR SUMMARY JUDGMENT**

Demonstrative video of Reynaldo DeGuzman running from 19 Roslyn Street to 31 Bradburn Street, changing clothes, and crossing the street to 22 Bradburn Street, to be provided to the Court on a thumb drive, but also available here:

https://www.dropbox.com/scl/fi/f8dr0sresshg85ntq4nfa/Exhibit-28-DeGuzman-Running-Video.mov?rlkey=is9tg28xrjnggngvu4g83ieuk&dl=0