IntelliBook™ New York

Search

[OK]

Logout

**Name Search**
**Address Search**
**Number Search**
**Physical Search**
**Advanced Search**
**Warrant Number Search**
**Warrant Other Search**

Image Size: 700 pixels wide

Version 6.4.1.1

CONNETIX

```
04/05/2010  16:32   585-428-7174            CITY RECORDS                 PAGE 01/01

MoRIS  PRISONER DATA REPORT   MoRIS# 343202                        10-069327
LAST NAME: MILLER       FIRST NAME: ANTHONY
A/K/A: AM
HOUSE NO: 607  STREET: BIRR ST   CITY: ROCH. NY  ZIP: 14613   PLACE OF BIRTH: ROCK. NY
ADDRESS & DATE OF CRIME: 316 ARBOLWOOD LANE  3/7/10   IN CUSTODY AT MCJ
ARRESTED BY: RPD  OFFICER: Sullivan #290
LAW: PENAL  SECTION: 155.30-5   CLASS: E FEL   OFFENSE: GRAND LARCENY

NUMBER OF VICTIMS: 1  AGE: 23  SEX: M   NO. OF OFFENDERS: 1   CRIME ORGANIZATION: N/A

REMARKS: DEE STOLE A APPLE IPHONE AND $280.00 CASH FROM THE PERSON OF VICTIM

COMPLAINANT'S NAME (PRINT): In Custody
FOR COMPLETED BY: Sullivan  ID# 290
AGENCY: RPD

DATE OF BIRTH: 4/21/92   AGE: 17  RACE: BLACK   SEX: M
PHONE: 544-7132    EYE COLOR: BRN

HEIGHT: 5 ft 6 in   WEIGHT: 160 lbs

EDUCATION: 11   OCCUPATION: STUDENT   EMPLOYER: Geo Nonto CJ

MOTHER'S NAME: Nicole Cull  #7    FATHER'S NAME: A. Miller Sr. #7
```