## Rochester Police Department - Field Interview Form

**LOCATION OF FIF:** 120 MONICA ST.
**PSA:** 53  **DOW:** TH  **M:** 11  **D:** 11  **Y:** 10  **T:** 1954  **CR#:** 10-380793

**CONTEXT OF FIF:** ☒ 16. OTHER: SSPA

### Subject 1
- **NAME:** ERVIN, WILLIE
- **ADDRESS:** 120 MONICA ST.
- **AGE:** 
- **DOB:** 2/20/92
- **SEX:** M  **RACE:** B  **WEIGHT:** 265  **HAIR LENGTH:** SHORT  **EYE COLOR:** BRO
- **ETHNICITY:** N-H  **MoRIS#:** 342510
- **CLOTHING:** BLK HOODY, BLUE JEANS
- **PLACE OF BIRTH:** ROCH, NY
- ☒ ON PROBATION

### Subject 2
- **NAME:** HINDS, AARON M
- **ADDRESS:** 31 BRADBURN ST.
- **DOB:** 10/13/91
- **SEX:** M  **RACE:** B  **HEIGHT:** 6'03"  **WEIGHT:** 175  **HAIR LENGTH:** SHORT  **EYE COLOR:** BRO
- **ETHNICITY:** N-H  **MoRIS#:** (NEW)
- **CLOTHING:** PURPLE HOODY, BLUE JEANS
- **PLACE OF BIRTH:** ROCH, NY

### Subject 3
- **NAME:** MILLER, ANTHONY D JR
- **ADDRESS:** 607 BIRR ST.
- **DOB:** 6/20/92
- **SEX:** M  **RACE:** B  **HEIGHT:** 5'05"-H  **WEIGHT:** 135  **HAIR LENGTH:** SHORT  **EYE COLOR:** BRO
- **MoRIS#:** 343202
- **CLOTHING:** GRY HOODY, BLUE JEANS
- **PLACE OF BIRTH:** ROCH, NY

### Narrative

(FI4) MASON, MICHAEL A. (01-15-95) 50 MILLBANK ST - BLK/WHT DIGITAL CAMO HOODY, WHT SWEATPANTS

(FI5) FRIERSON, TROY N (12/29/94) 41 BRADBURN ST - BLK HOODY, BLUE JEANS

R/Os OBSERVED A GROUP LOITERING IN FRONT OF THE ABOVE LOC WHICH INITIALLY APPEARED VACANT. SUBJECTS WERE ID AS ABOVE AND (S) ERVIN WAS FOUND TO BE ON PROBATION FOR BURG, AND THE RESIDENT OF #120 MONICA ST. ALL SUBJECTS WERE NEG 10-29 AND SENT ON THEIR WAY.

**REPORTING OFFICER:** R. POTUCK 1475 / B. SEXSTONE  **ID#:** 1336  **CAR#:** 8861  **SECTION:** TACT

MCDA000556