

MCDA000463
http://10.100.225.60:29000/intelliBookNY/DetailsAction.do?token=fa9895d1280ae6996b9e... 7/8/2020