Rochester Police Department
Consent to Search Form, RPD 1353

DATE: 13   TIME: 2154

LOCATION: 31 BRADBURN ST

I, AARON HINDS consent to have my ☒ premises, ☐ vehicle, ☒ personal property or, ☐ person to be searched by the police. I do agree and consent to have I.C. WENGERT or any members of the Rochester Police Department, conduct a complete search of:

PEOPLE'S EXHIBIT
11-19-14
14-1D  (R)

x Aaron Hinds
SIGNATURE OF PERSON GIVING CONSENT

I am giving permission to these members of the Rochester Police Department to take any item, materials or other property which they may desire. The permission is being given by me to members of the Rochester Police Department voluntarily, and without fear, threats, or promises of any kind.

WITNESSES:

X_____   X_____
X_____   SIGNATURE OF PERSON GIVING CONSENT

G.O. 415

REV. 08/01

MILLER 000909